**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                             Case No. 8:07-cr-245-T-26TBM

**RONALD SPIAGGI,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court upon referral from the District Judge on Defendant's **Motion to Determine Mental Competency**. (Doc. S-3). A hearing was conducted September 12, 2007.

There being reasonable grounds to believe the Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial, the Defendant's **Motion to Determine Mental Competency** (Doc. S-3) is **GRANTED**.[1] The court hereby appoints, **Dr. Donald Taylor**, to conduct an independent psychiatric examination. The court requests Dr. Taylor complete the examination and file a report with this court prior to October 11, 2007.

Upon completion of the examination, Dr. Taylor is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to

---

[1] At the hearing, Ms. Guzman, Esq., announced that she was taking over representation of the Defendant from Ms. Dyer and that her conversations with the Defendant suggested a different conclusion on his competency than that reached by Dr. Danziger. She concurs that a further independent evaluation as contemplated by the court is appropriate and may help resolve the issue.

whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, the court will conduct a further hearing on the matter.

The United States Marshal is directed to transport the Defendant to Orient Road Jail prior to September 13, 2007 and maintain him there pending the completion of Dr. Taylor's examination.

Counsel for the Defendant shall collect all available mental health records for this Defendant and promptly provide them to Dr. Taylor.

**Done and Ordered** in Tampa, Florida this 12th day of September 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Richard A. Lazzara
Kelley Howard-Allen, Assistant United States Attorney
Attorney for Defendant
Dr. Donald Taylor (via facsimile)