# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                  **Case No. 8:07-cr-245-T-26TBM**

**RONALD E. SPIAGGI,**

    **Defendant.**
_____/

## O R D E R

THIS CAUSE is again before the court on the Defendant's **Motion to Determine Competency** (Doc. S-3).[1] An initial hearing was conducted September 12, 2007. Subsequent to the hearing, the court appointed Dr. Donald Taylor, M.D., to conduct an independent evaluation of the Defendant's competence to proceed. Dr. Taylor conducted his psychiatric evaluation on September 13, 2007 and has submitted his report to the court. (Doc. S-4). By his conclusion, while the Defendant suffers from substance use disorder and is slightly anxious and hyperverbal, he does not suffer from any mental disorder which would impair his competence to stand trial. A further hearing on the motion was conducted October 3, 2007. Defendant and counsel both indicate they do not disagree with Dr. Taylor's assessment and wish no further proceedings on the matter of the Defendant's competence to proceed.

---

[1] The motion is supported by a psychiatric evaluation by Dr. Jeffrey A. Danziger, M.D. By his opinion, the Defendant was not competent to proceed and in need of treatment to restore his competence.

Upon consideration of the evaluations of both doctors, the reports of his counsel, and my own discussions with the Defendant, I find that the Defendant is competent to proceed in this cause. He evidences a clear understanding of the allegations against him and the nature of these proceedings. He is fully capable of assisting his attorney in the defense of his case. Stated otherwise, he is competent to proceed and the court so finds.

**Done and Ordered** in Tampa, Florida this 4th day of October 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Kelley Howard-Allen, Assistant United States Attorney
Maria Guzman, Attorney for Defendant